■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN NEWMAN, Appellant.—Appeal by defendant from a judgment of the County Court, Orange County (Ritter, J.), rendered January 17, 1983, convicting him of assault in the third degree and resisting arrest, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PACE, Appellant.—Appeal by defendant from two judgments of the County Court, Suffolk County (Mazzei, J.), both rendered November 9, 1983, convicting him of burglary in the third degree, sexual abuse in the first degree, and grand larceny in the second degree, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.